**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                              (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Layer Logic, Inc.

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number** (EIN)

   8 1 _ 1 2 1 8 9 8 4

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 11    Garfield Place | 350    5th Ave, Ste 5310 |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Cincinnati   OH   45202 | New York   NY   10118 |
   | City   State   ZIP Code | City   State   ZIP Code |
   | Hamilton County | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number   Street |
   | | City   State   ZIP Code |

5. **Debtor's website** (URL)

Debtor    Layer Logic, Inc._____    Case number *(if known)*_____
          Name

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | ___ ___ ___ ___ |

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

Debtor    Layer Logic, Inc.
_____
Name

Case number (if known) _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No

    ☐ Yes.   District _____ When _____ Case number _____
    MM / DD / YYYY

    District _____ When _____ Case number _____
    MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.   Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number        Street

    _____

    _____
    City                                    State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

---

| Debtor | _____ | Case number (*if known*) _____ |
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/25/2020___
          MM  / DD / YYYY

✘    ___/s/ Scott Vance___                         ___Scott Vance___
     Signature of authorized representative of debtor         Printed name

Title ___President___

---

Debtor    Layer Logic, Inc.
          Name                                                    Case number (if known)

18. **Signature of attorney**    ✗ _~signature~_                  Date  09/25/2020
                                 Signature of attorney for debtor        MM / DD / YYYY

Julia Klein
Printed name
KLEIN LLC
Firm name
919        N. Market Street Suit 600
Number     Street
Wilmington                              De         19801
City                                    State      ZIP Code

(302) 438-0456                          klein@kleinllc.com
Contact phone                           Email address

5198                                    DE
Bar number                              State

**Fill in this information to identify the case and this filing:**

Debtor Name _____Layer Logic, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                    (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/25/2020__            ✘ ___/s/ Scott Vance_____
                    MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                       ___Scott Vance_____
                                       Printed name

                                       _____President_____
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Layer Logic, Inc.__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase Bank National Bank by Mail P.O. Box 6185 Westerville, OH 43086 | | PPP SBA Loan | | | | $81,017 |
| 2 | 1628 Ltd Lease 11 Garfield Place Cincinnati, OH 45202 | | Nonresidental Lease | | | | $2,300 |
| 3 | Cincinnati Bell PO BOX 787 Florence, KY 41022 | | Utilities | | | | $9,844 |
| 4 | JP Morgan Chase National Bank by Mail P.O. Box 6185 Westerville, OH 43086 | | Credit Card | | | | $6,442 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                              (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase | business checking | 1  8  2  5 | $ 5,400 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____
   4.2. _____          $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $_____
   7.2. _____          $_____

| Debtor | Layer Logic, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........➔    $_____
                            face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                                                          **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                            % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                        $_____

---

Debtor    Layer Logic, Inc.
_____
Name

Case number *(if known)* _____

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Debtor _____          Case number (if known)_____
      Name

33. **Total of Part 6.**                                                                                        $_____
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer Equipment, Screens | $_____ | _____ | $ 14,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                                        $ 14,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor    Layer Logic, Inc.
_____    Case number (if known)_____
          Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☐  Yes

---

Debtor   Layer Logic, Inc.
         _____          Case number (if known)_____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☒ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patent #10310795 | $_____ | | $ unknown |
| 61. **Internet domain names and websites**<br>layerlogic.com, layerlogicinc.com, layerlogic.dev | $_____ | | $ unknown |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Software development/coding | $_____ | | $ unknown |
| 65. **Goodwill** | $_____ | | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $ 0

| Debtor | Layer Logic, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = → $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| Federal NOL Carryforward | Tax year 2018 | $ 2,789,082.00 |
| Federal R&D Tax Credit | Tax year 2018 | $ 199,727.00 |
| | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

$_____

_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 2,988,809.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Layer Logic, Inc.
_____
Name

Case number *(if known)*_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,400 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 14,000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ........ ➜ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 2,988,809 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 3,008,209 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................    $ 3,008,209

---

**Fill in this information to identify the case:**

Debtor name _Layer Logic, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
                                                                (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor _____
         Name

Case number (*if known*)_____

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor _____     Case number (if known)_____
        Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |
| _____ | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor: _Layer Logic, Inc._____

United States Bankruptcy Court for the: _____ District of _Delaware_____
                                                                    (State)

Case number: _____
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
1628 Ltd Lease

11 Garfield Place

Cincinnati, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Agreement

**Amount of claim** $ 2,300.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
JP Morgan Chase

National Bank by Mail
P.O. Box 6185

Westerville, OH 43086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PPP SBA Loan

**Amount of claim** $ 81,017.00

**Date or dates debt was incurred** 05/01/20

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Cincinnati Bell

PO BOX 787

Florence, KY 41022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $ 9,844

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
JP Morgan Chase

National Bank by Mail
P.O. Box 6185

Westerville, OH 43086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card charges

**Amount of claim** $ 6,442

**Date or dates debt was incurred** various

**Last 4 digits of account number** 4  4  4  3

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Franger LLC

305 5th Avenue, Suite 5310

New York, NY 10118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $ 4,275,306

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____

Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 4,468,103 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,468,103 |

Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name _____ Layer Logic, Inc. _____

United States Bankruptcy Court for the:_____ District of Delaware
_____ (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  Layer Logic, Inc. _____

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---------|-------------------|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................  $ 3,008,209

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................  $ 3,008,209

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................  $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................  $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................  + $ 4,468,103

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 4,468,103

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 0 |
| **For prior year:** | From 01/01/2019 to 01/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 7,001 |
| **For the year before that:** | From 01/01/2019 to 01/31/2018<br>MM / DD / YYYY   MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 23,591 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |

Debtor    Layer Logic, Inc.
          _____     Case number (if known)_____
          Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase<br>Creditor's name<br>National Bank by Mail<br>Street<br>P.O. Box 6185<br>Westerville, OH 43086<br>City          State        ZIP Code | _____<br>_____<br>_____<br>_____ | $ 13,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Credit Card |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State        ZIP Code | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State        ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State        ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Debtor    Layer Logic, Inc.
_____    Case number *(if known)*_____
          Name

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City            State        ZIP Code | | | |
| **5.2.** | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City            State        ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ City            State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** _____ | _____ | _____ Name | ☐ Pending |
| **Case number** | | _____ Street | ☐ On appeal |
| _____ | | _____ City            State        ZIP Code | ☐ Concluded |
| **Case title** **7.2.** _____ | _____ | **Court or agency's name and address** _____ Name | ☐ Pending |
| **Case number** | | _____ Street | ☐ On appeal |
| _____ | | _____ City            State        ZIP Code | ☐ Concluded |

---

Debtor    Layer Logic, Inc.
_____    Case number *(if known)*_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | _____ | _____ |
| | | Name |
| City          State     ZIP Code | **Case number** | _____ |
| | | Street |
| | _____ | _____ |
| | **Date of order or assignment** | City          State     ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor _____    Case number (if known)_____
      Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** KLEIN LLC | | 5/19/20 | $ 15,000.00 |
| **Address** | | | |
| 919     N. Market Street Suit 600<br>Street | | | |
| Wilminton    DE    19801<br>City    State    ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** | | | $_____ |
| **Address** | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor   Layer Logic, Inc.
         _____   Case number (if known)_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street _____ | From _____  To _____ |
| | City    State  ZIP Code | |
| 14.2. | Street _____ | From _____  To _____ |
| | City    State  ZIP Code | |

Debtor _____        Case number *(if known)*_____
        Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

  Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

Debtor    Layer Logic, Inc. _____    Case number (if known)_____
              Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Lakota Self Storage<br>Name<br>7686 Cincinnati Dayton Road<br>Street<br>West Chester Township<br>Ohio 45069<br>City    State    ZIP Code | Scott Vance<br>Justin Rich<br><br>**Address**<br>_____<br>_____ | Computer, Computer<br>Screens<br>_____ | ☐ No<br>☒ Yes |

Debtor    Layer Logic, Inc.
          _____          Case number (if known)_____
          Name

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Layer Logic, Inc.
_____    Case number (if known)_____
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name
Street
City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
**Dates business existed**
From _____    To _____ |
| 25.2. | Name
Street
City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
**Dates business existed**
From _____    To _____ |
| 25.3. | Name
Street
City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
**Dates business existed**
From _____    To _____ |

Debtor    Layer Logic, Inc._____    Case number (if known)_____
_____Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Grace Lovret<br>Name<br>66 Leslie Lane<br>Street<br><br>Smithtown, NY 11787<br>City          State          ZIP Code | From 2016   To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Ralph A. Sinopol, CPA<br>Name<br>315 Park Avenue<br>Street<br><br>Southold, NY 11971<br>City          State          ZIP Code | From 2016   To Present |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Grace M. Lovret<br>Name<br>66 Leslie Lane<br>Street<br>Smithtown, NY 11787<br>City          State          ZIP Code | _____<br>_____<br>_____ |

Debtor    Layer Logic, Inc.
          _____                Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____    _____
          Name

          _____    _____
          Street

          _____    _____

          _____
          City                          State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

26d.1.    _____
          Name

          _____
          Street

          _____

          _____
          City                          State          ZIP Code

| Name and address |
|---|

26d.2.    _____
          Name

          _____
          Street

          _____

          _____
          City                          State          ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.     _____
          Name

          _____
          Street

          _____

          _____
          City                          State          ZIP Code

Debtor _____     Case number (*if known*)_____
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name
_____
Street
_____
City                 State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Franger LLC | _____ | Controlling Stockholder | 25% |
| Grace Lovret | _____ | Sole Director | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code<br>**Relationship to debtor**<br>_____ | _____ | _____<br><br>_____<br><br>_____<br><br>_____ | _____ |

Debtor    Layer Logic, Inc.
Name

Case number *(if known)*_____

| | |
|---|---|
| **Name and address of recipient** | _____ _____ _____ |

30.2

_____
Name                                                    _____

_____
Street                                                  _____

_____

_____
City                              State        ZIP Code    _____

**Relationship to debtor**    _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer identification number of the parent corporation** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer identification number of the pension fund** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
                        MM / DD / YYYY

✖ _____          Printed name    Scott Vance
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  .    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Creditor Matrix

1628 ltd lease
11 Garfield Place
Cincinnati OH 45202

JP Morgan Chase
National Bank by Mail
PO Box 6185
Westerville OH 43086

Cincinnati Bell
PO Box 787
Florence KY 41022

Franger LLC
303 5th Ave Suite 5310
New York NY 10118

Franger LLC
Leonard P. Goldberger Esq
Stevens & Lee
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406

2:53 PM
09/14/20
Accrual Basis

# LAYER LOGIC INC.
## Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Chase | 40,084.73 |
| **Total Checking/Savings** | 40,084.73 |
| **Total Current Assets** | 40,084.73 |
| **Other Assets** | |
| **Intellectual property** | |
| **Property** | |
| Cost | 114,000.00 |
| Accumulated amortization | -68,400.00 |
| **Total Property** | 45,600.00 |
| **Total Intellectual property** | 45,600.00 |
| **Total Other Assets** | 45,600.00 |
| **TOTAL ASSETS** | **85,684.73** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Credit card payable | 7,000.00 |
| **Total Other Current Liabilities** | 7,000.00 |
| **Total Current Liabilities** | 7,000.00 |
| **Long Term Liabilities** | |
| **Loan payable- Franger LLC** | |
| Principle | 3,867,320.00 |
| Accrued interest | 44,210.00 |
| **Total Loan payable- Franger LLC** | 3,911,530.00 |
| **Total Long Term Liabilities** | 3,911,530.00 |
| **Total Liabilities** | 3,918,530.00 |
| **Equity** | |
| Retained Earnings | -2,949,002.33 |
| Net Income | -883,842.94 |
| **Total Equity** | -3,832,845.27 |
| **TOTAL LIABILITIES & EQUITY** | **85,684.73** |

2:56 PM

09/14/20

Accrual Basis

# LAYER LOGIC INC.
## Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---|
| **Income** | |
| Consulting Income | 7,000.00 |
| Sales - Hardware | 0.53 |
| **Total Income** | 7,000.53 |
| **Cost of Goods Sold** | |
| Software | |
| Payroll | |
| Enginerring | |
| Salaries | 511,085.03 |
| **Total Enginerring** | 511,085.03 |
| **Total Payroll** | 511,085.03 |
| **Research and Development** | 58,000.00 |
| **Total Software** | 569,085.03 |
| Hardware | |
| Hardware | 7,233.98 |
| **Total Hardware** | 7,233.98 |
| **Total COGS** | 576,319.01 |
| **Gross Profit** | -569,318.48 |
| **Expense** | |
| Cost of sales | |
| Amortization | 22,800.00 |
| **Total Cost of sales** | 22,800.00 |
| General and Administrative | |
| Accounting | 523.01 |
| Legal | 48,760.00 |
| Postage and Shipping | 745.82 |
| Consultants | 136,250.00 |
| Rent Expense | |
| Office | 37,775.98 |
| Rent Expense - Other | 1,640.38 |
| **Total Rent Expense** | 39,416.36 |
| Insurance Expense | 921.00 |
| Interest Expense | 4,266.78 |
| Travel Expense | 35,191.73 |
| Meals and Entertainment | 6,032.99 |
| Licenses and permits | 559.00 |
| Telephone Expense | 3,428.22 |
| Office Supplies | 15,318.76 |
| Dues and Subscriptions | 310.79 |
| **Total General and Administrative** | 291,724.46 |
| **Total Expense** | 314,524.46 |
| **Net Income** | **-883,842.94** |

# 2019 TAX RETURN FILING INSTRUCTIONS

U.S. CORPORATION INCOME TAX RETURN

**FOR THE YEAR ENDING**

DECEMBER 31, 2019

| | |
|---|---|
| **Prepared for** | LAYER LOGIC INC<br>C/O FRANGER 350 5TH AVE STE 5310<br>NEW YORK, NY  10118 |
| **Prepared by** | GLRS CONSULTING LLC<br>66 LESLIE LANE<br>SMITHTOWN, N.Y. 11787 |
| **To be signed and dated by** | THE APPROPRIATE CORPORATE OFFICER(S). |
| **Amount of tax** | Total tax $ 0<br>Less: payments and credits $ 0<br>Plus: other amount $ 0<br>Plus: interest and penalties $ 0<br>NO PMT REQUIRED $ |
| **Overpayment** | Credited to your estimated tax $ 0<br>Other amount $ 0<br>Refunded to you $ 0 |
| **Make check payable to** | NOT APPLICABLE |
| **Mail tax return and check (if applicable) to** | THIS RETURN HAS BEEN PREPARED FOR ELECTRONIC FILING.  TO HAVE IT TRANSMITTED ELECTRONICALLY TO THE IRS, PLEASE SIGN, DATE, AND RETURN FORM 8879-C TO OUR OFFICE.  WE WILL THEN SUBMIT YOUR ELECTRONIC RETURN. |
| **Return must be mailed on or before** | NOT APPLICABLE |
| **Special Instructions** | |

900084  04-01-19

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COST | 02/01/16 | | 60M | | 43 | 114,000. | | | | 114,000. | 68,400. | | 22,800. | 91,200. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | | 114,000. | | | | 114,000. | 68,400. | | 22,800. | 91,200. |

928111 04-01-19

(D) · Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

Form **8879-C**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1120

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 _____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

OMB No. 1545-0123

**2019**

| Name of corporation | Employer identification number |
|---|---|
| LAYER LOGIC INC | 81-1218984 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Total income (Form 1120, line 11) | | 1 | 7,001. |
| 2 Taxable income (Form 1120, line 30) | | 2 | -818,118. |
| 3 Total tax (Form 1120, line 31) | | 3 | |
| 4 Amount owed (Form 1120, line 35) | | 4 | |
| 5 Overpayment (Form 1120, line 36) | | 5 | |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **GRACE M LOVRET** _____ to enter my PIN [_____]
ERO firm name                                                                         do not enter all zeros

as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ **TREASURER** _____

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [_____]
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ _____

## ERO Must Retain This Form - See Instructions
## Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2019)

LHA

910211 10-31-19

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

### Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| | |
|---|---|
| Name | Identifying number |
| **Print or Type** LAYER LOGIC INC | 81-1218984 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)
C/O FRANGER 350 5TH AVE STE 5310

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
NEW YORK, NY   10118

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for .................................. | **12**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
   check here .................................................................................................................................. ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
   check here .................................................................................................................................. ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
   covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .... ▶ ☐

5a The application is for calendar year 2019, or tax year beginning _____ , and ending _____

  b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
     ☐ Change in accounting period  ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation.)

6  Tentative total tax .......................................................................................... | **6** | 0. |

7  **Total** payments and credits. See instructions ................................................ | **7** | 0. |

8  **Balance due.** Subtract line 7 from line 6. See instructions ............................... | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**          Form **7004** (Rev. 12-2018)

919741  04-01-19

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:
1a Consolidated return (attach Form 851) ☐
1b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
**LAYER LOGIC INC**

Number, street, and room or suite no. If a P.O. box, see instructions.
**C/O FRANGER 350 5TH AVE STE 5310**

City or town, state or province, country, and ZIP or foreign postal code
**NEW YORK, NY   10118**

**B** Employer identification number
**81-1218984**

**C** Date incorporated
**01/15/2016**

**D** Total assets (see instructions)
$ **85,685.**

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

## Income

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | 1a | 7,001. | |
| **b** Returns and allowances | 1b | | |
| **c** Balance. Subtract line 1b from line 1a | | **1c** | 7,001. |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | 7,001. |
| **4** Dividends and inclusions (Schedule C, line 23) | | **4** | |
| **5** Interest | | **5** | |
| **6** Gross rents | | **6** | |
| **7** Gross royalties | | **7** | |
| **8** Capital gain net income (attach Schedule D (Form 1120)) | | **8** | |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **9** | |
| **10** Other income (attach statement) | | **10** | |
| **11** **Total income.** Add lines 3 through 10 | ▶ | **11** | 7,001. |

## Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| **12** Compensation of officers (attach Form 1125-E) | ▶ | **12** | |
| **13** Salaries and wages (less employment credits) | | **13** | |
| **14** Repairs and maintenance | | **14** | |
| **15** Bad debts | | **15** | |
| **16** Rents | | **16** | 39,416. |
| **17** Taxes and licenses                SEE STATEMENT 1 | | **17** | 559. |
| **18** Interest (see instructions) | | **18** | |
| **19** Charitable contributions           SEE STATEMENT 2 | | **19** | 0. |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **20** | |
| **21** Depletion | | **21** | |
| **22** Advertising | | **22** | |
| **23** Pension, profit-sharing, etc., plans | | **23** | |
| **24** Employee benefit programs | | **24** | |
| **25** Reserved for future use | | **25** | |
| **26** Other deductions (attach statement)       SEE STATEMENT 3 | | **26** | 785,144. |
| **27** **Total deductions.** Add lines 12 through 26 | ▶ | **27** | 825,119. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | **28** | -818,118. |
| **29a** Net operating loss deduction (see instructions)  STATEMENT 4 | 29a | 0. | |
| **b** Special deductions (Schedule C, line 24) | 29b | | |
| **c** Add lines 29a and 29b | | **29c** | |

## Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| **30** **Taxable income.** Subtract line 29c from line 28. See instructions | | **30** | -818,118. |
| **31** Total tax (Schedule J, Part I, line 11) | | **31** | 0. |
| **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | **32** | |
| **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | **33** | |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached | ▶ ☐ | **34** | |
| **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | **35** | 0. |
| **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | **36** | |
| **37** Enter amount from line 36 you want: **Credited to 2020 estimated tax** ▶          **Refunded** ▶ | | **37** | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  Signature of officer          Date

▶ **TREASURER**  Title

May the IRS discuss this return with the preparer shown below?
☐ Yes  ☐ No

## Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN **P02241983** |
| Firm's name ▶ **GLRS CONSULTING LLC** | | | Firm's EIN ▶ **46-5162164** |
| Firm's address ▶ **66 LESLIE LANE  SMITHTOWN, NY 11787** | | | Phone no. **(212)391-0184** |

911601
12-30-19    LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2019)

1

14470914 141739 LAYERLOGIC     2019.04030 LAYER LOGIC INC                LAYERL01

Form 1120 (2019)　　LAYER LOGIC INC　　　　　　　　　　　　　　　　　　81-1218984　Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

Form 1120 (2019)   LAYER LOGIC INC                                              81-1218984   Page **3**

| | **Schedule J** | **Tax  Computation and Payment** (see instructions) | | | | |
|---|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) .......... ▶ ☐ | | | |
| 2 | Income tax. See instructions ................................................................ | | **2** | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) .......................................... | | **3** | |
| 4 | Add lines 2 and 3 ........................................................................ | | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) ................ | **5a** | | |
| b | Credit from Form 8834 (see instructions) ............ | **5b** | | |
| c | General business credit (attach Form 3800) .......... | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) .. | **5d** | | |
| e | Bond credits from Form 8912 ....................... | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e .................................................... | | **6** | |
| 7 | Subtract line 6 from line 4 ................................................................ | | **7** | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) ................................ | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) ... | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) ....................................... | **9c** | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) ... | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) ............ | **9e** | | |
| f | Other (see instructions - attach statement) ........... | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f ........................................................... | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 ............................ | | **11** | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | | |
|---|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 ................... | | **12** | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | | |
|---|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 ......................................................... | | **13** | |
| 14 | 2019 estimated tax payments ............................................................. | | **14** | |
| 15 | 2019 refund applied for on Form 4466 ...................................................... | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 ............................................................. | | **16** | |
| 17 | Tax deposited with Form 7004 ............................................................. | | **17** | |
| 18 | Withholding (see instructions) ............................................................ | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 ................................................. | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 ........................................ | **20a** | | |
| b | Form 4136 ........................................ | **20b** | | |
| c | Form 8827, line 5c ................................ | **20c** | | |
| d | Other (attach statement - see instructions) .......... | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d ................................................. | | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions ............. | | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 ................................................................ | | **23** | |

Form **1120** (2019)

14470914 141739 LAYERLOGIC        2019.04030 LAYER LOGIC INC              LAYERL01

Form 1120 (2019) LAYER LOGIC INC                                                    81-1218984   Page **4**

| Schedule K | Other Information (see instructions) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| **a** | Business activity code no. ▶ 541990 | | |
| **b** | Business activity ▶ SOFTWARE DEVELOPMENT | | |
| **c** | Product or service ▶ SOFTWARE DEVELOPMENT | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____ | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 2,789,082. | | |

Form **1120** (2019)

Form 1120 (2019)  LAYER LOGIC INC                                                                    81-1218984  Page **5**

| | | |
|---|---|---|
| **Schedule K** | **Other Information** *(continued from page 4)* | |

| | | Yes | No |
|---|---|:---:|:---:|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | |
| | | X | |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $         0. | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | X |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| **20** | Is the corporation operating on a cooperative basis? | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 ........ ▶ $ | | |

Form **1120** (2019)

Form 1120 (2019) LAYER LOGIC INC

81-1218984  Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 5,529. | | 40,085. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 114,000. | | 114,000. | |
| b | Less accumulated amortization | ( 45,600. ) | 68,400. | ( 68,400. ) | 45,600. |
| 14 | Other assets (att. stmt.) STMT 5 | | 1,640. | | 0. |
| 15 | Total assets | | 75,569. | | 85,685. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | | | | |
| 19 | Loans from shareholders | | 2,950,320. | | 3,867,320. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) STMT 6 | | 74,251. | | 51,210. |
| 22 | Capital stock: **a** Preferred stock | | | | |
| | **b** Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | -2,949,002. | | -3,832,845. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 75,569. | | 85,685. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -883,843. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | **a** Depreciation $ | |
| | **a** Depreciation $ | | | **b** Charitable contributions $ | |
| | **b** Charitable contributions $ | | | | |
| | **c** Travel and entertainment $ 3,016. | | | | |
| | STMT 7 62,709. | 65,725. | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -818,118. | 10 | Income (page 1, line 28) - line 6 less line 9 | -818,118. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,949,002. | 5 | Distributions: **a** Cash | |
| 2 | Net income (loss) per books | -883,843. | | **b** Stock | |
| 3 | Other increases (itemize): | | | **c** Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -3,832,845. | 8 | Balance at end of year (line 4 less line 7) | -3,832,845. |

911631 12-30-19

Form **1120** (2019)

14470914 141739 LAYERLOGIC      2019.04030 LAYER LOGIC INC            LAYERL01

| Form **3800** | | **General Business Credit** | OMB No. 1545-0895 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service    (99) | | ▶ Go to www.irs.gov/Form3800 for instructions and the latest information. <br> ▶ **You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.** | **2019** <br> Attachment Sequence No. **22** |

| Name(s) shown on return | Identifying number |
|---|---|
| LAYER LOGIC INC | 81-1218984 |

**Part I    Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)**
(See instructions and complete Part(s) III before Parts I and II.)

| | | | | |
|---|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked ............ | | **1** | 0. |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked ............ | **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2019. See instructions | | **3** | |
| 4 | Carryforward of general business credit to 2019. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | | **4** | 62,540. |
| 5 | Carryback of general business credit from 2020. Enter the amount from line 2 of Part III with box D checked | | **5** | |
| 6 | Add lines 1, 3, 4, and 5 | | **6** | 62,540. |

**Part II    Allowable Credit**

| | | | | |
|---|---|---|---|---|
| 7 | Regular tax before credits: <br> ● Individuals. Enter the sum of the amounts from Form 1040 or 1040-SR, line 12a, and Schedule 2 (Form 1040 or 1040-SR), line 2, or the sum of the amounts from Form 1040-NR, lines 42 and 44 <br> ● Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return <br> ● Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return | | **7** | 0. |
| 8 | Alternative minimum tax: <br> ● Individuals. Enter the amount from Form 6251, line 11 <br> ● Corporations. Enter -0- <br> ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | | **8** | 0. |
| 9 | Add lines 7 and 8 | | **9** | 0. |
| 10a | Foreign tax credit | **10a** | | |
| b | Certain allowable credits (see instructions) | **10b** | | |
| c | Add lines 10a and 10b | | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 ........ | | **11** | 0. |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- ............ | **12** | 0. | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions | **13** | | |
| 14 | Tentative minimum tax: <br> ● Individuals. Enter the amount from Form 6251, line 9 <br> ● Corporations. Enter -0- <br> ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | **14** | | |
| 15 | Enter the greater of line 13 or line 14 | | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 | | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | | |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**                    Form **3800** (2019)

Form 3800 (2019)   LAYER LOGIC INC                                                  81-1218984   Page **2**

| **Part II** | **Allowable Credit** *(continued)* |

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions | **18** | |
| 19 | Enter the greater of line 13 or line 18 | **19** | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | **20** | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | **21** | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | **22** | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked ............ **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2019. See instructions | **24** | |
| 25 | Add lines 22 and 24 | **25** | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | **26** | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | **27** | 0. |
| 28 | Add lines 17 and 26 | **28** | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | **29** | 0. |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | **30** | 62,709. |
| 31 | Reserved | **31** | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked ............ **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2019. See instructions | **33** | |
| 34 | Carryforward of business credit to 2019. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach | **34** | 137,187. |
| 35 | Carryback of business credit from 2020. Enter the amount from line 5 of Part III with box D checked. See instructions | **35** | |
| 36 | Add lines 30, 33, 34, and 35 | **36** | 199,896. |
| 37 | Enter the **smaller** of line 29 or line 36 | **37** | 0. |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. • Individuals. Schedule 3 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 51 ............... • Corporations. Form 1120, Schedule J, Part I, line 5c ............... • Estates and trusts. Form 1041, Schedule G, line 2b ............... | **38** | 0. |

Form **3800** (2019)

Form 3800 (2019)                                                                                                          Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| LAYER LOGIC INC | 81-1218984 |

| **Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions) |
|---|---|

Complete a separate Part III for each box checked below. See instructions.

A  [X]  General Business Credit From a Non-Passive Activity    E  [ ]  Reserved

B  [ ]  General Business Credit From a Passive Activity    F  [ ]  Reserved

C  [ ]  General Business Credit Carryforwards    G  [ ]  Eligible Small Business Credit Carryforwards

D  [ ]  General Business Credit Carrybacks    H  [ ]  Reserved

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
   Parts III with box A or B checked. Check here if this is the consolidated Part III .......................................................... ▶ [ ]

| (a) Description of credit | | (b) If claiming the credit from a pass-through entity, enter the EIN | (c) Enter the appropriate amount |
|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | |
| 1a Investment (Form 3468, Part II only) (attach Form 3468) ................ | 1a | | |
| b Reserved ........................................................... | 1b | | |
| c Increasing research activities (Form 6765) ........................... | 1c | | |
| d Low-income housing (Form 8586, Part I only) ......................... | 1d | | |
| e Disabled access (Form 8826) (see instructions for limitation) ........ | 1e | | |
| f Renewable electricity, refined coal, and Indian coal production (Form 8835) ... | 1f | | |
| g Indian employment (Form 8845) ...................................... | 1g | | |
| h Orphan drug (Form 8820) ............................................ | 1h | | |
| i New markets (Form 8874) ............................................ | 1i | | |
| j Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | 1j | | |
| k Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) | 1k | | |
| l Biodiesel and renewable diesel fuels (attach Form 8864) ............. | 1l | | |
| m Low sulfur diesel fuel production (Form 8896) ....................... | 1m | | |
| n Distilled spirits (Form 8906) ...................................... | 1n | | |
| o Nonconventional source fuel (carryforward only) ..................... | 1o | | |
| p Energy efficient home (Form 8908) .................................. | 1p | | |
| q Energy efficient appliance (carryforward only) ..................... | 1q | | |
| r Alternative motor vehicle (Form 8910) .............................. | 1r | | |
| s Alternative fuel vehicle refueling property (Form 8911) ............. | 1s | | |
| t Enhanced oil recovery credit (Form 8830) ........................... | 1t | | |
| u Mine rescue team training (Form 8923) .............................. | 1u | | |
| v Agricultural chemicals security (carryforward only) ................ | 1v | | |
| w Employer differential wage payments (Form 8932) .................... | 1w | | |
| x Carbon oxide sequestration (Form 8933) ............................. | 1x | | |
| y Qualified plug-in electric drive motor vehicle (Form 8936) .......... | 1y | | |
| z Qualified plug-in electric vehicle (carryforward only) ............. | 1z | | |
| aa Employee retention (Form 5884-A) .................................. | 1aa | | |
| bb General credits from an electing large partnership (carryforward only) ....... | 1bb | | |
| zz Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| 2 Add lines 1a through 1zz and enter here and on the applicable line of Part I ........ | 2 | | |
| 3 Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| 4a Investment (Form 3468, Part III) (attach Form 3468) ................ | 4a | | |
| b Work opportunity (Form 5884) ....................................... | 4b | | |
| c Biofuel producer (Form 6478) ....................................... | 4c | | |
| d Low-income housing (Form 8586, Part II) ............................ | 4d | | |
| e Renewable electricity, refined coal, and Indian coal production (Form 8835) ... | 4e | | |
| f Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| g Qualified railroad track maintenance (Form 8900) ................... | 4g | | |
| h Small employer health insurance premiums (Form 8941) .............. | 4h | | |
| i Increasing research activities (Form 6765) ........................ | 4i | | 62,709. |
| j Employer credit for paid family and medical leave (Form 8994) ...... | 4j | | |
| z Other .............................................................. | 4z | | |
| 5 Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | | 62,709. |
| 6 Add lines 2, 3, and 5 and enter here and on the applicable line of Part II ........ | 6 | | 62,709. |

914403 12-30-19

9

Form **3800** (2019)

Form 3800 (2019)                                                                                              Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| LAYER LOGIC INC | 81-1218984 |

| **Part III** | **General Business Credits or Eligible Small Business Credits**(see instructions) |
|---|---|

Complete a separate Part III for each box checked below. See instructions.

A ☐ General Business Credit From a Non-Passive Activity  E ☐ Reserved

B ☐ General Business Credit From a Passive Activity  F ☐ Reserved

C ☒ General Business Credit Carryforwards  G ☐ Eligible Small Business Credit Carryforwards

D ☐ General Business Credit Carrybacks  H ☐ Reserved

I If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III .......................................................... ▶ ☐

| (a) Description of credit<br>**Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | (b)<br>If claiming the credit from a pass-through entity, enter the EIN | (c)<br>Enter the appropriate amount |
|---|---|---|---|
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ............. | 1a | | |
| b | Reserved .................................................................. | 1b | | |
| c | Increasing research activities (Form 6765) ............................ | 1c | | 62,540. |
| d | Low-income housing (Form 8586, Part I only) ........................ | 1d | | |
| e | Disabled access (Form 8826) (see instructions for limitation) ...... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) .... | 1f | | |
| g | Indian employment (Form 8845) ....................................... | 1g | | |
| h | Orphan drug (Form 8820) ............................................... | 1h | | |
| i | New markets (Form 8874) .............................................. | 1i | | |
| j | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) .... | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) .......... | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ....................... | 1m | | |
| n | Distilled spirits (Form 8906) ........................................... | 1n | | |
| o | Nonconventional source fuel (carryforward only) ................... | 1o | | |
| p | Energy efficient home (Form 8908) ................................... | 1p | | |
| q | Energy efficient appliance (carryforward only) ...................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ............................... | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ........... | 1s | | |
| t | Enhanced oil recovery credit (Form 8830) ........................... | 1t | | |
| u | Mine rescue team training (Form 8923) .............................. | 1u | | |
| v | Agricultural chemicals security (carryforward only) ................ | 1v | | |
| w | Employer differential wage payments (Form 8932) ................. | 1w | | |
| x | Carbon oxide sequestration (Form 8933) ............................ | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ........ | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) .............. | 1z | | |
| aa | Employee retention (Form 5884-A) .................................. | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) ....... | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) .... | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I ........ | 2 | | 62,540. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II ...... | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) ............... | 4a | | |
| b | Work opportunity (Form 5884) ........................................ | 4b | | |
| c | Biofuel producer (Form 6478) ......................................... | 4c | | |
| d | Low-income housing (Form 8586, Part II) ............................ | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) ..... | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) .... | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) ................. | 4g | | |
| h | Small employer health insurance premiums (Form 8941) .......... | 4h | | |
| i | Increasing research activities (Form 6765) .......................... | 4i | | |
| j | Employer credit for paid family and medical leave (Form 8994) ... | 4j | | |
| z | Other ..................................................................... | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II .... | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II ......... | 6 | | 62,540. |

914403 12-30-19

10

Form **3800** (2019)

Form 3800 (2019)     Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| LAYER LOGIC INC | 81-1218984 |

**Part III**   **General Business Credits or Eligible Small Business Credits**(see instructions)

Complete a separate Part III for each box checked below. See instructions.

A ☐ General Business Credit From a Non-Passive Activity    E ☐ Reserved
B ☐ General Business Credit From a Passive Activity    F ☐ Reserved
C ☐ General Business Credit Carryforwards    G ☒ Eligible Small Business Credit Carryforwards
D ☐ General Business Credit Carrybacks    H ☐ Reserved

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
   Parts III with box A or B checked. Check here if this is the consolidated Part III .................................... ▶ ☐

| | (a) Description of credit | (b) If claiming the credit from a pass-through entity, enter the EIN | (c) Enter the appropriate amount |
|---|---|---|---|
| | **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | |
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ................ | | |
| b | Reserved ............................................................ | | |
| c | Increasing research activities (Form 6765) ............................ | | |
| d | Low-income housing (Form 8586, Part I only) .......................... | | |
| e | Disabled access (Form 8826) (see instructions for limitation) ......... | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) ... | | |
| g | Indian employment (Form 8845) ...................................... | | |
| h | Orphan drug (Form 8820) ............................................ | | |
| i | New markets (Form 8874) ............................................ | | |
| j | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | | |
| k | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) .............. | | |
| m | Low sulfur diesel fuel production (Form 8896) ......................... | | |
| n | Distilled spirits (Form 8906) .......................................... | | |
| o | Nonconventional source fuel (carryforward only) ...................... | | |
| p | Energy efficient home (Form 8908) ................................... | | |
| q | Energy efficient appliance (carryforward only) ........................ | | |
| r | Alternative motor vehicle (Form 8910) ................................ | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ................ | | |
| t | Enhanced oil recovery credit (Form 8830) ............................ | | |
| u | Mine rescue team training (Form 8923) ............................... | | |
| v | Agricultural chemicals security (carryforward only) .................... | | |
| w | Employer differential wage payments (Form 8932) ..................... | | |
| x | Carbon oxide sequestration (Form 8933) ............................. | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ............. | | |
| z | Qualified plug-in electric vehicle (carryforward only) .................. | | |
| aa | Employee retention (Form 5884-A) ................................... | | |
| bb | General credits from an electing large partnership (carryforward only) .. | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I ....... | | |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) .................. | | |
| b | Work opportunity (Form 5884) ....................................... | | |
| c | Biofuel producer (Form 6478) ........................................ | | |
| d | Low-income housing (Form 8586, Part II) ............................. | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | | |
| g | Qualified railroad track maintenance (Form 8900) ..................... | | |
| h | Small employer health insurance premiums (Form 8941) ............... | | |
| i | Increasing research activities (Form 6765) ............................ | | 137,187. |
| j | Employer credit for paid family and medical leave (Form 8994) ........ | | |
| z | Other ............................................................... | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II | | 137,187. |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II ....... | | 137,187. |

914403 12-30-19         11         Form **3800** (2019)

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

# Depreciation and Amortization
**(Including Information on Listed Property)**    OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

Name(s) shown on return: **LAYER LOGIC INC**

Business or activity to which this form relates: **OTHER DEPRECIATION**

Identifying number: **81-1218984**

| **Part I** | **Election To Expense Certain Property Under Section 179  Note:** If you have any listed property, complete Part V before you complete Part I. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| **Part II** | **Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| **Part III** | **MACRS Depreciation (Don't** include listed property. See instructions.**)** | | |
|---|---|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | / | | 30 yrs. | MM | S/L | |
| d  40-year | / | | 40 yrs. | MM | S/L | |

| **Part IV** | **Summary** (See instructions.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19    LHA    **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2019)

Form 4562 (2019)    LAYER LOGIC INC                                    81-1218984    Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
| --- | --- |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  **24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| **(a)** Type of property (list vehicles first) | **(b)** Date placed in service | **(c)** Business/ investment use percentage | **(d)** Cost or other basis | **(e)** Basis for depreciation (business/investment use only) | **(f)** Recovery period | **(g)** Method/ Convention | **(h)** Depreciation deduction | **(i)** Elected section 179 cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | **(a)** Vehicle | | **(b)** Vehicle | | **(c)** Vehicle | | **(d)** Vehicle | | **(e)** Vehicle | | **(f)** Vehicle | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
| --- | --- | --- | --- |
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |
| --- | --- |

| **(a)** Description of costs | **(b)** Date amortization begins | **(c)** Amortizable amount | **(d)** Code section | **(e)** Amortization period or percentage | **(f)** Amortization for this year |
| --- | --- | --- | --- | --- | --- |
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2019 tax year | | | | **43** | 22,800. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 22,800. |

916252 12-12-19                                                                 Form **4562** (2019)

14470914 141739 LAYERLOGIC        2019.04030 LAYER LOGIC INC                    LAYERL01

Form **6765**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Credit for Increasing Research Activities

▶ **Attach to your tax return.**
▶ **Go to www.irs.gov/Form6765 for instructions and the latest information.**

OMB No. 1545-0619

Attachment
Sequence No. **81**

Name(s) shown on return

LAYER LOGIC INC

Identifying number

81-1218984

**Section A - Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia | | | 1 | |
| 2 | Basic research payments to qualified organizations | 2 | 58,000. | | |
| 3 | Qualified organization base period amount | 3 | | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | | | 4 | 58,000. |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 5 | 511,085. | | |
| 6 | Cost of supplies | 6 | | | |
| 7 | Rental or lease costs of computers | 7 | | | |
| 8 | Enter the applicable percentage of contract research expenses | 8 | | | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | 9 | 511,085. | | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) | 10 | 3.0000 % | | |
| 11 | Enter average annual gross receipts | 11 | 137,195. | | |
| 12 | Multiply line 11 by the percentage on line 10 | 12 | 4,116. | | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | 13 | 506,969. | | |
| 14 | Multiply line 9 by 50% (0.50) | 14 | 255,543. | | |
| 15 | Enter the **smaller** of line 13 or line 14 | | | 15 | 255,543. |
| 16 | Add lines 1, 4, and 15 | | | 16 | 313,543. |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes ☐  No ☒ | | | | |
| | If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | | 17 | 62,709. |

**Section B - Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | | | |
|---|---|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia | | | 18 | |
| 19 | Basic research payments to qualified organizations | 19 | | | |
| 20 | Qualified organization base period amount | 20 | | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | | 21 | |
| 22 | Add lines 18 and 21 | | | 22 | |
| 23 | Multiply line 22 by 20% (0.20) | | | 23 | |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 24 | | | |
| 25 | Cost of supplies | 25 | | | |
| 26 | Rental or lease costs of computers | 26 | | | |
| 27 | Enter the applicable percentage of contract research expenses | 27 | | | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | 28 | | | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | 29 | | | |
| 30 | Divide line 29 by 6.0 | 30 | | | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | 31 | | | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | | | 32 | |
| 33 | Add lines 23 and 32 | | | 33 | |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes ☐  No ☐ | | | | |
| | If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | | 34 | |

**LHA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **6765** (Rev. 12-2019)

919681 01-10-20

14470914 141739 LAYERLOGIC      2019.04030 LAYER LOGIC INC                 LAYERL01

Form 6765 (Rev. 12-2019) LAYER LOGIC INC                                          81-1218984  Page **2**

**Section C - Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) | 35 | |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | 36 | 62,709. |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | 37 | |
| 38 | Add lines 36 and 37 | 38 | 62,709. |
| | ● Estates and trusts, go to line 39. | | |
| | ● Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K. | | |
| | ● Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44. | | |
| | ● Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business. | | |
| | ● Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c. | | |
| | **Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D. | | |
| 39 | Amount allocated to beneficiaries of the estate or trust | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D - Qualified Small Business Payroll Tax Election and Payroll Tax Credit.** Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions ☐ | | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | 42 | |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations, skip this line and go to line 44 | 43 | |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | 44 | |

Form **6765** (Rev. 12-2019)

LAYER LOGIC INC                                                       81-1218984

FORM 1120                    TAXES AND LICENSES              STATEMENT     1

DESCRIPTION                                                       AMOUNT

DELAWARE FRANCHISE                                                   559.

TOTAL TO FORM 1120, LINE 17                                         559.

LAYER LOGIC INC                                              81-1218984

CONTRIBUTIONS                          STATEMENT    2

CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2014
  FOR TAX YEAR 2015
  FOR TAX YEAR 2016                          100
  FOR TAX YEAR 2017
  FOR TAX YEAR 2018
                              _____

  TOTAL CARRYOVER                                       100
  CURRENT YEAR CONTRIBUTIONS
                                          _____

  TOTAL CONTRIBUTIONS AVAILABLE                         100
  TAXABLE INCOME LIMITATION AS ADJUSTED                   0
                                          _____

  EXCESS CONTRIBUTIONS                                  100
                                          _____

  ALLOWABLE CONTRIBUTIONS DEDUCTION                                0
                                                      _____

TOTAL CONTRIBUTION DEDUCTION                                       0
                                                      ================

LAYER LOGIC INC                                                        81-1218984

---

FORM 1120                    OTHER DEDUCTIONS                    STATEMENT    3

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTING | 523. |
| AMORTIZATION | 22,800. |
| CONSULTANTS | 136,250. |
| COST OF PRODUCTION | 511,085. |
| EQUIPMENT | 7,234. |
| INSURANCE | 921. |
| INTEREST EXPENSE | 4,267. |
| MEALS | 3,017. |
| OFFICE SUPPLIES | 15,319. |
| POSTAGE AND SHIPPING | 746. |
| PROFESSIONAL FEES | 48,760. |
| REDUCED RESEARCH EXPENSES FROM FORM 6765 | -62,709. |
| RESEARCH/DEVELOPMENT | 58,000. |
| SUBSCRIPTIONS | 311. |
| TELEPHONE/INTERNET | 3,428. |
| TRAVEL | 35,192. |
| TOTAL TO FORM 1120, LINE 26 | 785,144. |

---

NET OPERATING LOSS DEDUCTION                    STATEMENT    4

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/16 | 806,370. | | 806,370. | 806,370. |
| 12/31/17 | 772,411. | | 772,411. | 772,411. |
| 12/31/18 | 1,210,301. | | 1,210,301. | 1,210,301. |
| NOL AVAILABLE THIS YEAR | | | 2,789,082. | 2,789,082. |

---

SCHEDULE L                    OTHER ASSETS                    STATEMENT    5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT | 1,640. | 0. |
| TOTAL TO SCHEDULE L, LINE 14 | 1,640. | 0. |

LAYER LOGIC INC                                                                 81-1218984

---

| SCHEDULE L | OTHER LIABILITIES | STATEMENT | 6 |

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED INTEREST | 44,210. | 44,210. |
| CREDIT CARD PAYABLE | 30,041. | 7,000. |
| TOTAL TO SCHEDULE L, LINE 21 | 74,251. | 51,210. |

---

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT | 7 |

---

| DESCRIPTION | AMOUNT |
| --- | --- |
| EXCLUDED PORTION OF RESEARCH EXPENSES | 62,709. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 62,709. |

---

| FORM 3800 | CARRYOVER OF GENERAL BUSINESS CREDITS | STATEMENT | 8 |

---

| YEAR | TYPE OF CREDIT | ORIGINAL CREDIT | PREVIOUSLY APPLIED | CREDIT REMAINING | AVAILABLE THIS YEAR |
| --- | --- | --- | --- | --- | --- |
| 2016 | INCREASED R & D CREDIT | 62,540. | 0. | 62,540. | 62,540. |
| | TOTALS | 62,540. | 0. | 62,540. | 62,540. |
| | LESS TO FORM 4255, LINE 12 | | | | 0. |
| | TOTAL | | | | 62,540. |

---

| FORM 3800 | CARRYOVER OF ELIGIBLE SMALL BUSINESS CREDITS | STATEMENT | 9 |

---

| YEAR | TYPE OF CREDIT | ORIGINAL CREDIT | PREVIOUSLY APPLIED | CREDIT REMAINING | AVAILABLE THIS YEAR |
| --- | --- | --- | --- | --- | --- |
| 2017 | INCREASED R & D CREDIT | 137,187. | 0. | 137,187. | 137,187. |
| | TOTALS | 137,187. | 0. | 137,187. | 137,187. |